## SECOND DEPARTMENT, MARCH, 1959

## (March 2, 1959)

■ GUSTAW BIRMAN, Respondent, v. BELLA BIRMAN, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion to extend time to answer granted and time extended until 10 days after the entry of the order entered hereon. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ In the Matter of FRANCISCAN MISSIONARIES OF MARY, Respondent, against W. REGINALD HERDMAN et al., Constituting the Zoning Board of Appeals of the Town of Clarkstown, Appellants.— Motion referred to the court that heard the appeal. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. Motion by respondent to dismiss the appeal on the ground that it has been taken and is maintained in violation of public policy. The motion is based on a resolution of the Town Board of the Town of Clarkstown, Rockland County, authorizing the Town Attorney to appeal and retaining the attorney on the appeal for the Zoning Board without fee and without incurring any costs and disbursements on the part of the town. It is also stated that certain property owners have agreed to pay the expenses of the appeal. Motion denied, without costs. There is no public policy which precludes a town from accepting reimbursement of its disbursements or from accepting the services of an attorney which are rendered without obligation on the part of the town. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ JOHN KESSLER, Respondent, v. LAMBERT SERVICE STATION, INC., et al., Appellants.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ.

■ CATHERINE ROBERTS, Appellant, v. VERNON W. BAUER et al., Doing Business under the Name of OCEANSIDE TAXI Co., et al., Respondents.— Motion to dismiss appeal referred to Honorable CHARLES S. COLDEN, Official Referee, to hear and report as to when a copy of the order appealed from, with notice of entry, was first served on appellant's attorney. The motion will be held in abeyance, pending receipt of the report of the Official Referee. The decision at Special Term, denying appellant's motion, provided that the order should be settled on notice. Respondents served a copy of the proposed order with notice of settlement and appellant thereafter served a counter order which did not comply with the decision. Respondents' proposed order was entered and appellant's counter order was not signed. The appellant's time to appeal did not begin to run until a copy of the order with notice of entry was served (see, e.g., *Matar* v. *Morton,* 3 A D 2d 407). The issue as to when a copy of the order with notice of entry was first served may only be determined after a hearing. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ JOHN F. BAUCHMANN, Respondent, v. HERBERT B. PEARSON, Appellant. — In an action to recover damages for slander, the appeal is from an order denying appellant's motion to dismiss the complaint for insufficiency. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur.